29,353-03

CLERK
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

October 2015

Attn: Trial Court Cause No. 653300-C
CCA NO. WR-29,353-03

Dear CLERK,

I am writing to inform you of my address change. My new address is:
Charles Ricky Choyce Jr. #690391
Barry B. Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

Can you please tell me the status of this case. Thank you.

Sincerely,
Charles Ricky Choyce Jr. #690391
Barry B. Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk